## Beyerl, Appellant, *v.* Hampton Township.

order by McGREGOR, J.

Argued April 16, 1975. *Maurice A. Nernberg, Jr.,* with him *Nernberg & Nernberg,* for appellant; *Thomas Levendos,* with him *George Shorall,* for appellee.

Order affirmed; petition for reargument refused June 18, 1975.